1. Dale W. Church
2. Dwchurch2@gmail.com
3. 3612 SE 175th Ave
4. Vancouver, WA 98683
5. (509) 237-9053
6. 
7. 

FILED 11 MAR '25 11:51 USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# DIVISION

11. 
12. **PLAINTIFF NAMES**
13. *Dale W. Church, Pro Se*
14. 
15. *Plaintiff (s)*
16. *VS.*

3:25-CV-426-YY

Complaint

DEMAND FOR A JURY TRIAL

17. 
18. 
19. **DEFENDANT NAMES**
20. *UNITED STATES DEPARTMENT OF ENERGY*
21. *CHRIS WRIGHT, Secretary of Energy*
22. *Bonneville Power Administration*
23. *905 NE 11th Avenue*
24. *Portland, OR 97232*
25. *Defendant (s)*

#111088

## **HISTORY**

Bonneville Power Administration (BPA) has a long history of disenfranchising the employment of military veterans. In 2013, a Whistleblower complained that BPA used a rating scheme to prevent the selection of qualified veterans. The Inspector General determined that Mr. Bill Drummond, the Administrator at the time, was involved in a recruitment that disadvantaged a veteran. Anita Decker, BPA's Chief Operating Officer, was removed due to hiring practices as well. In the end, the *2013 Inspector General's Special Inquiry Report DOE/IG-0895,* found that BPA consistently manipulated the rating process which generated a 'best qualified' practice that excluded veterans. At least 117 of 240 veteran applicants, approximately 49%, were cheated out of Federal employment. BPA neither notified the effected applicants nor initiated corrective action to remedy the situation. IG's report also found that deflecting Departmental oversight was ingrained in many aspects of human resources and the lack of veteran employment.

I was hired under a priority placement as part of the 1200 applicants who were offered employment after findings surrounding the IG Special Inquiry Report. My position was a Power Systems Control Craftsman Trainee, Step 5. After coming on board in 2014, I could tell that my position was in peril due to a clear division between effected selectees. Upon my selection, Mr. Fred Bryant, was the District Manager for the Grand Coulee District where I had just come from with the Department of Interior as a High Voltage Electrician. I

was separated from the other veterans who came on board with me and started documenting the environment for my new job. BPA intentionally failed me, demoted me to electrician, and forced to an area known as the Switchboard Shop. From there, I filled multiple EEO's until I was forced on the road out of retaliation. As a result, I filed a harassment claim and refused to come to work until the situation was resolved. After 14 days I was terminated in 2018.

In the time after my removal, I have been applying all BPA jobs for which I am qualified (approximately 65) without success. Because of the intentional abuse I have received from this federal agency, and the unfair and slanted Equal Employment Opportunity process required to litigate this federal agency, I applied to every job for which I was qualified to demonstrate a preponderance of the evidence of discrimination. I was forced to proceed through an administrative process meant to confuse and dismantle my Pro Se complainants, and adhere to unequal deadlines to prevent my timely response. BPA, on the other hand, has endless resources, complicit employees, lawyers on staff, software to keep them legally compliant, and the ability to change environments to accommodate their scenarios. I have applied to nearly 65 positions, under two different position series for which I qualify, for which all have been unsuccessful. The two positions are the Power Systems Control Craftsman Trainee 5, and the High Voltage Electrician. I have filed numerous Equal Employment Opportunity (EEO) and Merit System Protection Board (MSPB) complaints that were either dismissed or found where no discrimination had occurred. All the while, however, I have yet to be rehired from this federal agency as a

1  disabled veteran with preference, experience, and reinstatement rights for six (6) years
2  now.
3
4  **LIST OF AUTHORITIES**
5
6  BPA has violated Title VII of the Civil Rights Act of 1964 for failing to respond to Equal
7  Employment Opportunity (EEO) Complaints in a timely manner; 180 days. The agencies'
8  actions are a continued attempt to further the discrimination of a disabled veteran seeking
9  employment from an agency known to disenfranchise veterans. Further, in my attempt to
10 uncover their discrimination through EEO complaints, their subversion, outright burying,
11 and ignoring of my complaints, demonstrates a culture of willingness to cover their tracks
12 for the discrimination they purvey. Also, BPA ignores veteran rights in hiring which I will
13 prove. I intend to demonstrate violations under 5 U.S.C. 3317, 3318 and 5 CFR 332.402,
14 332.404, 332.405, 332.406, and Parts 339 and 731. In addition to these violations, BPA has
15 used 'every trick in the book' to prevent my selection for any position for the past six (6)
16 years.
17
18 **STATEMENT OF FACTS**
19

1  BPA has knowingly, intentionally and maliciously obscured the discrimination and
2  non-selection of a disabled veteran by failing to appropriately respond to an EEO
3  complaints and veteran rights in employment.  When BPA becomes aware of legal
4  violations, they go into protection mode and hide or bury evidence.  I have submitted
5  multiple EEO's that have been ignored as a method of hiding the truth.  The have lost the
6  ability to be transparent in hiring practices, negligent in their ability to follow the law with
7  respect to veteran hiring, and have learned nothing from their 'loss of hiring authority'
8  surrounding the 2013 Department of Energy's, IG Special Inquiry Report.

9

10 **CONCLUSION**

11  There are a number of troubling facts that are concerning with this Federal agency.
12  Normal 'misunderstanding' of the law when filling vacancies doesn't apply since clearly
13  there is a complicit nature from the agency and its employees.  My repeated applications
14  and continuous non-selections demonstrate the knowledge of my interest, while at the
15  time, avoiding my selection.  The agency even had the audacity to solicit 'continuously
16  open positions' for which they refused to hire me citing, 'they are exempt from veteran
17  preference.'  Through the preponderance of the evidence, a concerted and complicit
18  attempt to prevent my selection for all vacancies for which I qualify and maliciously using
19  the administrative process to obscure and conceal discrimination, only a monetary
20  resolution will be acceptable and prudent at this time.  For loss of income, economic,

1  aggravated, punitive damages, and future losses a monetary settlement of no less than

2  $25,000,000.00 will be required with no restrictions or caveats.

3

4

5

6

7

8  Dale W. Church

9

10

11  3612 SE 175th Ave

12  Vancouver, WA 98693

13  Dwchurch2@gmail.com

14  (509) 237-9053

15

16

17

18

19

20

21

22

23

24

25